# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTONIO DWAYNE LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02681-TLP-cgc |
| INTELIFI, INC., | ) JURY DEMAND |
| Defendant. | ) |

## SCHEDULING ORDER

Pursuant to Local Rule 16.2, a Scheduling Conference was held by Microsoft Teams on September 25, 2025. Present were Ryan D. Peterson, counsel for Plaintiff, and Lewis Wilkinson Lyons, counsel for Defendant. At the Conference, the following dates were established as the final deadlines for:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):** September 23, 2025

**MOTIONS TO JOIN PARTIES**: November 25, 2025

**MOTIONS TO AMEND PLEADINGS**: November 25, 2025

**MOTIONS TO DISMISS**: January 6, 2026

**ALTERNATIVE DISPUTE RESOLUTION**:

    **(a)**     **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a)**: March 16, 2026

            Mediator must file Mediation Certification Form:
            https://www.tnwd.uscourts.gov/pdf/content/MediationCertificationForm.pdf

    **(b)**     **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

            **MEDIATOR'S NAME**: Janice Holder

**STIPULATION FILING DATE**: October 2, 2025

(If the parties fail to agree upon a Mediator by this deadline, the Court shall select a Mediator for the case from the Court's Mediator list and shall issue an Order notifying the parties of the Mediator's identity)

**COMPLETING ALL DISCOVERY**: April 23, 2026

    (a)    **ISSUANCE OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND INTERROGATORIES**: December 12, 2025

    (b)    **FACT DEPOSITIONS AND ISSUANCE OF REQUESTS FOR ADMISSIONS:** February 13, 2026

    (c)    **EXPERT WITNESS DISCLOSURES UNDER FED. R. CIV. P. 26:**

        (1)    **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**: February 23, 2026

        (2)    **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: March 23, 2026

        (3)    **EXPERT WITNESS DEPOSITIONS**: April 23, 2026

**F.R.E. 702/*DAUBERT* MOTIONS TO EXCLUDE EXPERTS**: May 22, 2026

**FILING DISPOSITIVE MOTIONS**: May 22, 2026

**FILING MOTIONS IN LIMINE**: September 25, 2026

**JOINT PROPOSED PRETRIAL ORDER DUE:** September 25, 2026, by close of business (E-Mail Joint Proposed Pretrial Order in Word format to: ECF_Judge_Parker@tnwd.uscourts.gov)

**PRETRIAL CONFERENCE DATE**: October 2, 2026, at 1:30 p.m.

**JURY TRIAL**: October 19, 2026, at 9:00 a.m. Trial is anticipated to last approximately 2 days.

    The parties **do not** consent to trial before the Magistrate Judge.

**OTHER RELEVANT MATTERS**:

    **Any party who files a document on the docket under seal must, within 7 days, file a notice addressing the need for that document to remain under seal considering the law about the public's right of access to the Court.**

As required by Local Rule 26.1(e), the parties have conferred as to whether they will seek discovery of electronically stored information (Ae-discovery@) and have reached an agreement regarding e-discovery; the parties do not anticipate any complex discovery issues with respect to electronically stored information.

Pursuant to agreement of the parties, if privileged or protected information is inadvertently produced, the producing party may, by timely notice, assert the privilege or protection and obtain the return of the materials without waiver.

The parties are ordered to engage in ADR before the close of discovery. Under ADR Rule 5.11(b) the mediator is to file a Mediation Certification within seven (7) days after the close of the mediation session reporting the date of the session, whether the case settled as a whole or in part and whether any follow up is scheduled. And under LR 16.3(d), within seven (7) days after the mediator submits the Mediation Certification, the parties shall file a notice confirming that ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions.

Pursuant to Local Rule 7.2(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order in a word processing format sent to the ECF mailbox of the presiding judge.

Pursuant to Local Rule 7.2(a)(1)(B), the parties are required to consult prior to filing any motion (except motions filed pursuant to Fed. R. Civ. P. 12, 56, 59, and 60).

The opposing party must file a response to any opposed motion. Pursuant to Local Rule 7.2(a)(2), a party's failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Neither party may file an additional reply to any motion, other than a motion filed pursuant to Fed. R. Civ. P. 12(b) or 56, without leave of the court. Pursuant to Local Rule 7.2(c), if a party believes that a reply is necessary, it shall file a motion for leave to file a reply within 7 days of service of the response, setting forth the reasons why a reply is required.

*This order has been entered after consultation with the parties. Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**SO ORDERED**, this 26th day of September, 2025.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE