# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| ANTONIO DWAYNE LEWIS )<br>  )<br>  *Plaintiff*, )<br>v. )<br>  )<br>INTELIFI, INC. )<br>  )<br>  *Defendant*. ) | Civil Action No. 2:25-cv-02681 |

## NOTICE TO TAKE DEPOSITION

Defendant, Intelifi, by and through counsel, gives notice that the deposition of **Antonio Lewis,** will take place on **Wednesday, February 18, 2026 at the hour of 9:00 a.m. central time**. Counsel will attend remotely via Zoom. The deponent and the court reporter will appear at Veritext-Memphis, 236 Adams Ave. Memphis, TN 38103.

The deposition will be recorded by video by the court reporter using Zoom's recording function, which will be considered the official video copy for the record. The official video recording by the court reporter will "Pin" the screen of the deponent so that the video recording will remain stationary at all times on the witness. However, if documents are shared electronically, it will be side-by-side with the witness so that the witness can always be seen on the recording.

The deponent must present a valid ID for the court reporter to verify his identity. All attorneys must be on a separate device with video so that their faces can be seen at all times.

Said deposition will be recorded by stenographic transcription for the purposes of discovery, and for all purposes permitted by the Tennessee Rules of Civil Procedure and shall continue from day to day until complete.

/s/ John H. Dwyer, Jr
John H. Dwyer, Jr.
Wilson Elser Moskowitz Edelman and Dicker LLP
100 Mallard Creek Road, Ste. 250
Louisville, KY 40207
Nashville, TN 37203
Direct: 502-238-7841
Main: 502-238-8500
Fax: 502-238-7844
Email: john.dwyer@wilsonelser.com
*Counsel for Defendant, Intelifi, Inc.*

/s/ William H. Leslie
William H. Leslie, TN BPR #036098
Wilson Elser Moskowitz Edleman and Dicker LLP
1801 West End Avenue, Suite 920
Nashville, TN 37203
Direct: 615-263-1241
Main: 615-263-1230
Fax: 615-263-1231
Email: billy.leslie@wilsonelser.com
*Counsel for Defendant, Intelifi, Inc.*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing pleading has been properly served via the Court's CM/ECF system, email, and/or United States Mail, postage prepaid upon the following:

Tarek N. Chami (MI #P76407)
Consumer Justice Law Firm, PLC
835 Mason Street, Ste. C349
Dearborn, MI 48124
Email: tchami@consumerjustice.com
*Counsel for Plaintiff, Antonio Dwayne Lewis*

Ryan D. Peterson (MN #0389607)
Consumer Justice Law Firm, PLC
6600 France Ave., Ste. 602
Edina, Minnesota 55435
Email: rpeterson@consumerjustice.com
*Counsel for Plaintiff, Antonio Dwayne Lewis*

/s/ John H. Dwyer, Jr
John H. Dwyer, Jr